UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

October 15-16, 2003

10:00 a.m.

3-01-cv-2141   (RNC) Metwest Mortgage Svc v Broderick
------------------------------------------------------

*[Handwritten note: Held Settled 5 Hours]*

COUNSEL OF RECORD:

| | |
|---|---|
| Doreen West Amata | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| George Philip Birnbaum | 22 Old Studio Rd., New Canaan, CT  972-3063 |
| ✓ Michael C. Conroy | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| ✓ Thomas E. Minogue Jr. | Kleban & Samor, Pc, 2425 Post Rd., Po Box 763, Southport, CT 203-254-8969 |
| ✓ R. Bradley Wolfe | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK