

FILED

2003 NOV 12 P 2: 07

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| METWEST MORTGAGE SERVICES, INC.<br>Plaintiff | : CIVIL ACTION NO301CV2141 (RNC)<br>:<br>:<br>: |
| V. | :<br>: |
| MICHAEL BRODERICK, III, ET AL<br>Defendants | :<br>: OCTOBER 20, 2003 |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through respective counsel, and hereby jointly request that the above-captioned matter be DISMISSED WITH PREJUDICE. In support whereof, the parties hereto represent that this matter has been settled in its entirety, disposing of all claims and actions herein to the mutual satisfaction of all parties.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**WHEREFORE**, for the foregoing reasons, the parties' Stipulated Motion for Dismissal with Prejudice should be GRANTED.

DEFENDANTS:
**Michael Broderick, III and Moynahan, Ruskin, Mascolo & Minella**

BY _____
Michael C. Conroy
Gordon, Muir & Foley, LLP
Fed. Bar No. CT 22254

PLAINTIFF:
**Metwest Mortgage Services, Inc.**

BY _____
Thomas E. Minogue, Esq.
Minogue Birnbaum LLP
130 W. 57th St.
New York, NY 10019
Fed. Bar. No.

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, regular mail, postage prepaid, this 10 day of ~~October 20~~ November, 2003 to:

Thomas E. Minogue, Esq.
George P. Birnbaum, Esq.
Minogue Birnbaum LLP
130 W. 57th St.
New York, NY 10019

_____
Michael C. Conroy

2

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, regular mail, postage prepaid, this ~~20th~~ 4th day of ~~October~~ November, 2003 to:

Michael C. Conroy
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106

_____
Thomas E. Minogue

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

## ORDER

The foregoing Motion, having been heard/considered it is hereby ordered:

GRANTED/DENIED

Date:                                                    _____
                                                         Judge/Clerk

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361            FACSIMILE (860) 525-4849            JURIS No. 24029