01CV2141(RNC)(HSR)

#43

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| METWEST MORTGAGE SERVICES, INC.<br>Plaintiff | : CIVIL ACTION NO301CV2141 (RNC)<br>:<br>:<br>: |
| V. | : |
| MICHAEL BRODERICK, III, ET AL<br>Defendants | :<br>: OCTOBER 20, 2003 |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through respective counsel, and hereby jointly request that the above-captioned matter be DISMISSED WITH PREJUDICE. In support whereof, the parties hereto represent that this matter has been settled in its entirety, disposing of all claims and actions herein to the mutual satisfaction of all parties.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

November 19, 2003. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.